UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jason Beck, | Case No. 15-cv-2635 (WMW/SER) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Charles E. Samuels, Jr., | |
| Respondent. | |

---

This matter is before the Court on the June 28, 2016 Report and Recommendation of United States Magistrate Judge Steven E. Rau. (Dkt. 12.) No objections to the Report and Recommendation have been filed in the time period permitted. Based on the Report and Recommendation of the magistrate judge and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The magistrate judge's June 28, 2016 Report and Recommendation, (Dkt. 12), is **ADOPTED**;

2. Petitioner Jason Beck's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, (Dkt. 1), is **DENIED** as moot; and

3. This case is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 25, 2016                                    s/Wilhelmina M. Wright
                                                       Wilhelmina M. Wright
                                                       United States District Judge